No. 05–5532. PAGAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–5533. HOLLER v. FLUOR FERNALD, INC. C. A. 6th Cir. Certiorari denied.

No. 05–5534. GYORY v. REEBOK INTERNATIONAL, LTD. C. A. Fed. Cir. Certiorari denied.

No. 05–5535. BRINGIER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5536. THOMPSON v. ENGLETON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–5537. WATTS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–5538. PAGAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–5539. GORDON v. PAVOT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–5543. FLOWERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5545. LANG v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5546. ELSESSER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5547. PIRANI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5548. NUNLEY v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 05–5549. RAYMER v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA. C. A. 7th Cir. Certiorari denied.